1  Mark J. Alexander, SBN 184265
   **LAW OFFICE OF MARK J. ALEXANDER**
2  Post Office Box 1292
   Modesto, CA 95353
3  Telephone: (209) 577-1646
   Facsimile :  (209) 577-1647
4
   In Association With
5
   John J. Machado, SBN 66667
6  **JOHN J. MACHADO, INC. A PROFESSIONAL LAW CORP.**
   1500 J Street, 2nd Floor
7  Modesto, CA  95354
   Telephone:  (209) 578-4341
8  Facsimile:   (209) 578-4366

9  Attorneys for Plaintiff(s)
   CANDI A. EBY
10

11                **IN THE UNITED STATES DISTRICT COURT FOR THE**
                      **EASTERN DISTRICT OF CALIFORNIA**
12                         **SACRAMENTO DIVISION**

13  CANDI A. EBY,                        )  **CIV S 05-106 GEB DAD**
                                         )
14            Plaintiff(s),              )
                                         )
15  vs.                                  )  **PLAINTIFF'S STIPULATION TO DISMISS**
                                         )  **DEFENDANT YSUS ALI AND ALL CLAIMS**
16  CALIFORNIA DEPARTMENT OF             )  **ARISING OUT OF THE FAMILY MEDICAL**
    THE YOUTH AUTHORITY, JERRY           )  **LEAVE.**
17  HARPER, EEO Director, YSUS ALI,      )
    et al.,                              )
18                                       )
             Defendant(s).               )
19  _____/

20         WHEREAS, Defendant, YSUS ALI, hereby waives fees and costs in return for Plaintiff's

21  dismissal with prejudice of Defendant ALI, as to all claims, and all defendants waive fees and

22  costs as to any and all claims against any Defendant arising out of the Family Medical Leave Act,

23  in return for Plaintiff's dismissal with prejudice thereof.

24  Dated: 12/29/05                          Law Offices of Mark J. Alexander

25

26                                             ___/s/ Mark J. Alexander_____
                                               Mark J. Alexander, Attorney for Plaintiff
27                                             Candi A. Eby

28  ///

1   Dated: 12/29/05                          Office of the Attorney General

2

3                                                  /s/ Susan E. Slager
                                             By:  Susan E. Slager, Deputy Attorney General
4                                            Attorneys for Defendant, Ysus Ali

5

6                                    *****ORDER*****

7

8          IT IS HEREBY STIPULATED by and between the parties hereto, that:

9          1.      Defendant ALI is dismissed with prejudice; and

10         2.      The FMLA claim is dismissed with prejudice as to all parties.

11         3.      Ali's pending motion for judgment on the pleadings is withdrawn as moot.

12         IT IS SO ORDERED.

13  Dated:  January 3, 2006

14

15                                           /s/ Garland E. Burrell, Jr.
                                             GARLAND E. BURRELL, JR.
16                                           United States District Judge

17

18

19

20

21

22

23                                   __PROOF OF SERVICE__

24         I am employed in the County of  Stanislaus.  I am over the age of eighteen years and not a
    party to the above-entitled cause.  My business address is  1500 J Street in Modesto, California
25  95354.

26         On **December 29, 2005**, I served the following document(s):

27  •      **PLAINTIFF'S OPPOSITION**

28
    [X]      **BY FACSIMILE TRANSMISSION** at approximately _____ a.m./p.m., by use of

                                            2
    Stipulation to Dismiss Defendant Ali & All Claims Arising Out of the Family Medical Leave Act

facsimile machine telephone number (209) 577-1647 in accordance with Code of Civil Procedure Section 1013(e) and California Rules of Court 2008(e), to the following party(s) at the facsimile number(s) indicated.  This transmission was reported as complete and without error, and a copy of the transmissions report which was issued by the transmitting facsimile machine is attached to the original or true copy thereof.

[X]    **BY E-FILING** the above noted individuals are registered with the Court to receive notice of electronically filed documents.  Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

*VIA FIRST CLASS MAIL*
Bill Lockyer
Jacob A. Appelsmith
James E. McFetridge
Susan Slager
P.O. Box 944255
Sacramento, CA 94244-2550
Phone: (916) 327-7876
Fax:    (916) 324-5567

I declare under penalty of perjury under the laws of the State of California  that the foregoing is true and correct. Executed this **December 29, 2005**, at Modesto, California.

_____/s/ Odilia Coelho_____
Odilia Coelho

Stipulation to Dismiss Defendant Ali & All Claims Arising Out of the Family Medical Leave Act